ACCEPTED
12-14-00274-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/23/2015 3:54:35 PM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00274-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| **VS.** | § | **TWELFTH COURT** |
| **BRANDON KEIONE WILLIAMS** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/23/2015 3:54:35 PM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes BRANDON KEIONE WILLIAMS, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the Third Judicial District Court of Anderson County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. BRANDON KEIONE WILLIAMS</u>, and numbered 31599.

3.      Appellant was convicted of Evading Arrest Detention with a Vehicle.

4.      Appellant was assessed a sentence of 7 years in the Texas Department of Criminal Justice, Institutional Division on August 20, 2014.

5.      Notice of appeal was given on September 19, 2014.

6.      The clerk's record was filed on December 11, 2014; the reporter's record was filed on January 19, 2015.

7.      The appellate brief is presently due on March 23, 2015.

8.      Appellant requests an extension of time of 30 days from the present date, i.e. April 23, 2015.

9.      One prior extension to file the brief has been filed in this cause.

10.      Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney has not had a reasonable opportunity to review the entire reporter's record. Appellant's attorney is requesting additional time to review the reporter's record and prepare the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

PHILIP C. FLETCHER
Attorney at Law
800 North Mallard
Palestine, Texas 75801
Telephone: (903) 731-4440
Facsimile: (903) 731-4474

By:_____
PHILIP C. FLETCHER
State Bar No. 00787478
Attorney for BRANDON KEIONE WILLIAMS

## CERTIFICATE OF SERVICE

This is to certify that on March 23, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by hand delivery.

_____
PHILIP C. FLETCHER

**STATE OF TEXAS**                                    §
                                                      §
**COUNTY OF ANDERSON**                                §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared PHILIP C. FLETCHER, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

PHILIP C. FLETCHER
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 23, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas